IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAQUAN MADRID PRIDGEN | ) | |

This matter comes before the Court on defendant's motions to proceed *pro se*. [DE 129, 130]. A hearing was held before the undersigned on February 25, 2019 in Raleigh, North Carolina. Defendant has clearly indicated his desire to exercise his constitutional right to proceed *pro se* and waive his Sixth Amendment right to appointed counsel. Defendant has demonstrated his understanding and acceptance of the consequences thereof. Accordingly, for good cause shown, defendant's motions [DE 129, 130] are GRANTED and he is ALLOWED to proceed *pro se*. Appointed counsel, Mr. Hayes S. Ludlum, is hereby ALLOWED to withdraw as counsel of record.

SO ORDERED, this 26 day of February, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE