IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-D
No. 7:25-CV-691-D

DAQUAN MADRID PRIDGEN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

Petitioner failed to respond to this court's order of November 19, 2025. See [D.E. 424].

Thus, the court dismisses without prejudice all pending motions [D.E. 413, 423].

SO ORDERED. This 15 day of January, 2026.

JAMES C. DEVER III
United States District Judge