IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAQUAN MADRID PRIDGEN, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as frivolous defendant's <u>pro</u> <u>se</u> motion for newly discovered evidence

[D.E. 427].

SO ORDERED. This 9 day of July, 2026.

JAMES C. DEVER III
United States District Judge