IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-D
No. 7:25-CV-691-D

| | | |
|---|---|---|
| DAQUAN MADRID PRIDGEN, Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, Defendant. | ) | |

The court is familiar with this case. See [D.E. 425]. The court DENIES as meritless petitioner's motion for application of search warrant [D.E. 432].

SO ORDERED. This 26 day of October, 2026.

JAMES C. DEVER III
United States District Judge